UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04-CV-338-H

JAMES H. O'BRYAN, et al.                                                            PLAINTIFFS

V.

HOLY SEE                                                                            DEFENDANT

**MEMORANDUM AND ORDER**

Defendant has moved for an extension of time in which to file a Rule 12 motion. Plaintiffs have not objected to the extension. When the Court originally designed the Rule 12 and discovery schedules, the two were intended to proceed together so that the Court could consider these potentially related issues at one time. As a general matter, the Court intends to adhere to that concept. By extending the time for filing Rule 12 motions, the parties may delay resolution of some discovery disputes. The Court is granting the extension with the foregoing understanding.

The Court notes that on March 24, 2010 Plaintiffs filed their discovery requests. Subsequent to that filing, on March 30, 2010, Plaintiffs filed a supplemental motion specifically for leave to take the deposition of Pope Benedict XVI as a fact witness in this case. That motion appears largely based on a news article that was published on March 24, 2010, and several documents exposed by the article. Several comments are in order.

Importantly, Plaintiffs have not asserted any need to take the deposition of Pope Benedict XVI immediately. There is no allegation that evidence or important information will be lost if the deposition is not done with expedience. Therefore, the Court will consider the specific motion for leave to depose the Pope with all other discovery motions. Pursuant to the Court's

scheduling Order of February 23, 2010, such motions were due on or before April 16. While the Court appreciates Plaintiffs' efficiency in filing these motions prior to the deadline, that efficiency will not change the response period for Defendant. Therefore, Defendant need not respond, pursuant to the Court's Order, until May 24, 2010.

The Court reiterates its intention to consider the deposition request for Pope Benedict XVI only in context of the other discovery requests and the likely to be pending Rule 12 motions. The Court seeks to provide fair but deliberate discovery in this case. Therefore, issues raised in the anticipated Rule 12 motions requiring factual discovery will be given priority in time. For purposes of efficiency and fairness, other discovery issues may be delayed until the Court issues a decision on the Rule 12 motions. Not only is this in keeping with the notion that "[t]rial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined," *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936)), it is consistent with the Court's preferences expressed during the February 11 conference as memorialized in the February 23 Order.

The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court's order of February 23, 2010 (DN 139) is amended to provide that on or before, May 17, 2010, Defendant shall file any remaining Rule 12 motions; Plaintiffs shall respond on or before July 19, 2010; and Defendant shall reply on or before August 4, 2010.

IT IS FURTHER ORDERED that except as expressly amended herein, the Court's order of February 23, 2010 (DN 139) shall remain in effect in all other respects, including as to the

filing, response and reply dates related to Plaintiffs' discovery requests.

IT IS FURTHER ORDERED that Defendant shall respond to the motion for leave to take the deposition of Pope Benedict XVI within the time allowed to object to Plaintiffs' general discovery requests (May 24, 2010).

At the appropriate time, the Court will schedule a conference to discuss all of these issues.

cc: Counsel of Record